**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MD 20770-4510
TEL: (301) 344-0600
FAX: (301)344-0019
TOLL FREE:  (888) 387-3384

JAMES WYDA                                                                                                     DOUGLAS R. MILLER
FEDERAL PUBLIC DEFENDER                                                       ASSISTANT FEDERAL PUBLIC DEFENDER

June 1, 2021

Hon. Paul W. Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      **Re:**    *United States v. Andrew Trimmer*, **PWG-20-0380:**
                **Joint Status Report**

Dear Judge Grimm:

      In keeping with the Court's Paperless Order of May 11, 2021 (ECF No. 48), the parties respectfully inform the Court that the government has received the defense's expert report, and is in the process of preparing a written plea offer.  Accordingly, the parties are not currently requesting that a pretrial motions briefing schedule be set. AUSA Erin Pulice has reviewed this filing and has stated she agrees with its contents on behalf of the government.

      Thank you for your consideration of this submission.

                                                            Sincerely,

                                                            /s/ Douglas R. Miller
                                                            Douglas R. Miller
                                                            Assistant Federal Public Defender

      cc:     All Counsel of Record (via ECF)